IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS—EASTERN DIVISION

| | |
|---|---|
| KELLY L. ANDERSON, <br><br> Plaintiff, <br><br> vs. <br><br> LAKE COUNTY SHERIFF'S OFFICE and THE COUNTY OF LAKE (as an Indemnifier) <br><br> Defendants. | Case No. 21 CV 6333 <br><br> Hon. Robert W. Gettleman <br><br> JURY DEMANDED |

## AGREED STATUS REPORT

The Defendants and Plaintiff have agreed to settle this matter. The settlement agreement is fully executed, and the Plaintiff is awaiting receipt of the settlement funds. Once received, pursuant to the settlement agreement, the Plaintiff will file a stipulation of dismissal with prejudice.

ERIC F. RINEHART
STATE'S ATTORNEY OF LAKE COUNTY
Karen D. Fox (#6255941)
Jamie L. Helton (#6312784)
Assistant State's Attorney
18 N. County St.
Waukegan, IL 60085
(847) 377-3050
kfox@lakecountyil.gov
jhelton@lakecountyil.gov

Respectfully submitted,
DEFENDANTS,

ERIC F. RINEHART
State's Attorney of Lake County

By:  /s/Jamie Helton
       Assistant State's Attorney

1